Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>NATALIE REZAC, an individual d/b/a WHOLESALE SOFTWARE a/k/a GENUINEWHOLESALESOFTWARE.COM; and DOES 1-5,<br><br>             Defendants. | Case No. 2:16-cv-00758-MCE-AC<br><br>JOINT REQUEST FOR SETTLEMENT CONFERENCE AND STIPULATION TO PROPOSE NEW SCHEDULING DATES; ORDER THEREON |

Plaintiff MICROSOFT CORPORATION (hereinafter "Plaintiff") and Defendant Natalie Rezac, an individual d/b/a Wholesale Software a/k/a GenuineWholesaleSoftware.com ("Defendant"), appearing *pro se*, (Plaintiff and Defendant are hereinafter collectively referred to as the "Parties"), stipulate and jointly request (1) that a settlement conference with a magistrate judge be scheduled to take place in or about February 2017 in this case, or as soon thereafter as is convenient for the magistrate judge and the Parties; and (2) that the scheduling dates proposed by the Parties (Dkt. #9), but not yet entered by the Court, be extended until after the settlement conference.

The Parties stipulate and jointly request that a settlement conference be set before a magistrate judge in February 2017, or as soon thereafter as is convenient.  Pursuant to Local Rule

270(a), and because Defendant is *pro se*, the Parties stipulate that in order to make the settlement conference meaningful, it should take place prior to the time that the Parties must incur the costs of completing discovery, including depositions and summary judgment motions, so that they may put their resources and time toward settlement.  The Parties filed their Joint Report on August 22, 2016 with proposed scheduling dates (Dkt. #9), however, no dates have been set by the Court. The Parties stipulate and jointly request that the original proposed deadlines be extended by three months in order to give the Parties time to participate in a meaningful settlement conference without incurring the fees and costs associated with completing discovery and preparing a motion for summary judgment.  The new proposed dates are as follows:

| Deadline | Current Proposed Date | New Proposed Date |
| --- | --- | --- |
| Settlement Conference | None | February 2017 |
| Deadline for Completion of Fact Discovery | January 31, 2017 | April 28, 2017 |
| Deadline to file Non-discovery/Dispositive Motions | March 24, 2017 | June 26, 2017 |
| Final Pretrial Conference Date | July 2017 | October 2017 |
| Trial | August 2017 | November 2017 |

DATED:  January 4, 2017                              PERKINS COIE LLP

                                                                       By: /s/ Katherine. M. Dugdale
                                                                              Katherine M. Dugdale

                                                                       Attorneys for Plaintiff
                                                                       MICROSOFT CORPORATION

41826-5600.0154/133990794.1                -2-                JOINT REQUEST FOR SETTLEMENT
CONFERENCE AND STIP. RE DATES;
ORDER THEREON

DATED: December __, 2016

NATALIE REZAC, an individual d/b/a
WHOLESALE SOFTWARE a/k/a
GENUINEWHOLESALESOFTWARE.COM

By: /s/ Natalie Rezac
    Natalie Rezac

## ORDER

Magistrate Judge Edmund F. Brennan has been randomly drawn as the settlement judge in this matter. The parties are directed to contact Judge Brennan's chambers directly in order to schedule the settlement conference. The parties are further directed to advise the Court if the case does not resolve at the time of the settlement conference. If no settlement has been effectuated, a Pretrial Scheduling Order will be issued thereafter setting forth the applicable deadlines that will control further disposition of the case.

IT IS SO ORDERED.

Dated: April 6, 2017

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE