# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATALIE REZAC, an individual d/b/a WHOLESALE SOFTWARE a/k/a GENUINEWHOLESALESOFTWARE.COM; and DOES 1-5,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00758-MCE-AC<br><br>ORDER ON STIPULATION REGARDING CONSENT JUDGMENT AGAINST NATALIE REZAC D/B/A WHOLESALE SOFTWARE a/k/a GENUINEWHOLESALESOFTWARE.COM |

137784711.1

ORDER ON STIPULATION REGARDING
CONSENT JUDGMENT

| | |
|---|---|
| 1 | This matter having come before the Court by consent of all parties and the terms hereof being consented to by all parties as set forth in the parties' Stipulation Regarding Consent Judgment Against defendant Natalie Rezac, an individual d/b/a Wholesale Software a/k/a GenuineWholesaleSoftware.com, it is hereby |


1. This matter having come before the Court by consent of all parties and the terms hereof
2. being consented to by all parties as set forth in the parties' Stipulation Regarding Consent
3. Judgment Against defendant Natalie Rezac, an individual d/b/a Wholesale Software a/k/a
4. GenuineWholesaleSoftware.com, it is hereby
5. **ORDERED AND ADJUDGED** that defendant Natalie Rezac, an individual d/b/a
6. Wholesale Software a/k/a GenuineWholesaleSoftware.com, is liable to Plaintiff Microsoft
7. Corporation in the amount of two hundred fifty thousand dollars ($250,000.00) plus post-
8. judgment interest as allowed by law. The Clerk of Court is directed to enter judgment
9. accordingly and close the file.
10. **IT IS SO ORDERED.**
11. Dated: January 10, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE